# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KEVIN SCOTT DAVIS, | ) | |
| Petitioner, | ) | 2:11-cv-01334-KJD-RJJ |
| vs. | ) | **ORDER** |
| STATE OF NEVADA, *et al.*, | ) | |
| Respondents. | ) | |

This is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which petitioner, a state prisoner, is proceeding *pro se*. On January 31, 2012, the court issued an order requiring petitioner to submit his petition on the court-approved form and to submit either the $5.00 filing fee or a fully-completed application to proceed *in forma pauperis*. (ECF No. 4.) Petitioner has failed to comply with the court's order. The court expressly cautioned petitioner in its January 31, 2012 order that his failure to comply could result in dismissal of this action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for petitioner's failure to obey this court's order of January 31, 2012. The clerk shall **ENTER JUDGMENT** accordingly.

DATED: July 13, 2012.

_____
UNITED STATES DISTRICT JUDGE